# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| | |
|---|---|
| IN UNITED STATES | ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
| IN THE CASE OF | U.S. vs. Ernest Preston |
| FOR | |
| AT | |

**LOCATION NUMBER:**

**PERSON REPRESENTED** (Show your full name): Ernest Preston

- 1. ☒ Defendant – Adult
- 2. ☐ Defendant – Juvenile
- 3. ☐ Appellant
- 4. ☐ Probation Violator
- 5. ☐ Parole Violator
- 6. ☐ Habeas Petitioner
- 7. ☐ 2255 Petitioner
- 8. ☐ Material Witness
- 9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate: 08CR466-11
District Court: 08CR466-11
Court of Appeals:

FILED JUN 26 2008

**CHARGE/OFFENSE** (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor
18 USC 1028A(a)(1), 1343

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: Ill. Dept. of Transportation, 100 E. Cass St., Joliet, Ill
- IF YES, how much do you earn per month? $ 4,788
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED 100/mo — SOURCES VA payment - disability

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No  IF YES, state total amount $ 58

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT:
  - VALUE $ 6,000 — DESCRIPTION: Ford Windstar
  - VALUE $ 6,000 — DESCRIPTION: Chevy Trailblazer

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SEPARATED OR DIVORCED (☐ SINGLE, ☐ MARRIED, ☐ WIDOWED)
- Total No. of Dependents: 2

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Rent | | $ 1,100.00 |
| Credit cards | $ 3,000 | $ |
| Medical bill | $ 4,000 | $ |
| Food | $ | $ 500 |
| Gasoline, utilities, insurance | $ | $ 800 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6-26-08

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED):** /s/ Ernest Preston