PS 42
(Rev. 2/05)

# United States District Court
## Northern District Of Illinois

United States of America )
)
vs. )
)
Ernest Preston ) Case No. 08CR466-011

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Ernest Preston_____, have discussed with _____James Wheatley_____, Pretrial Services Officer, modifications of my release conditions as follows:

-Participate in mental health treatment/counseling

Assistant U.S. Attorney ~~Megan Church~~ JOEL HAMMERMAN was contacted, advised and has no objection to this modification.

I consent to this modification of my release conditions and agree to abide by this modification.

_____[signature]_____  6-26-08            _____[signature]_____  6/26/08
Signature of Defendant    Date             Pretrial Services Officer    Date

Reviewed by:
Jennifer L. Bowers, Supervising U.S. Pretrial Services Officer

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____[signature]_____                       6-27-08
Signature of Defense Counsel                Date

☒ The above modification of conditions of release is ordered, to be effective on _____6-26-08_____.
☐ The above modification of conditions of release is *not* ordered.

_____[signature] Samuel Der-Yeghiayan_____   6-30-08
Signature of Judicial Officer                Date