IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CR 466-11 |
| | ) | |
| v. | ) | Judge Der-Yeghiayan |
| | ) | |
| ERNEST PRESTON | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED MOTION TO ENLARGE CONDITIONS OF BOND

Defendant Ernest Preston requests that the conditions of his bond be modified to allow him to work in Gary, Indiana, rehabbing houses.

Defendant is employed by the Illinois Department of Transportation as a bridge-tender in Joliet, Illinois. Prior to his indictment, defendant was working part-time in his off-hours, helping his brother, Steve Preston, rehabilitate houses located at 220 W. 43rd St and 3461 S. Kentucky, in Gary, Indiana. Defendant wishes to continue with this work. His brother resides at 15809 Wood St., Harvey, IL, and his phone number is 708-205-6831.

Counsel contacted Assistant U.S. Attorney Joel Hammerman, who advised he has no objection to this modification of defendant's bond.

Respectfully submitted

s/William T. Huyck

_____
Attorney for Defendant

William T. Huyck
122 S. Michigan Ave.
Suite 1850
Chicago IL 60603
(312) 427-7500