IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CR 466-11 |
| | ) | |
| v. | ) | Judge Der-Yeghiayan |
| | ) | |
| ERNEST PRESTON | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Joel Hammerman            Christa Brown
      Assistant U.S. Attorney   Pretrial Services Officer
      219 S. Dearborn St.       219 S. Dearborn St.
      5th Floor                 15th Floor
      Chicago IL 60604          Chicago IL 60604

PLEASE TAKE NOTICE that on Tuesday, August 12 at 9:00 a.m., the undersigned will appear before the Honorable Samuel Der-Yeghiayan, Room 1903, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the attached Agreed Motion to Enlarge Conditions of Bond.

s/ William T. Huyck

_____

William T. Huyck, Esq.
122 South Michigan Avenue
Suite 1850
Chicago, Illinois 60603
(312) 427-7500

CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that on August 5, 2008, he served copies of the foregoing Agreed Motion to Enlarge Conditions of Bond, on the parties of record pursuant to ECF as to Filing Users, and by messenger delivery on Pretrial Services Officer Christa Brown.

    \_\_\_\_ s/ William T. Huyck \_\_\_\_\_