# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 466 - 11 | **DATE** | 8/8/2008 |
| **CASE TITLE** | USA vs. Ernest Preston | | |

**DOCKET ENTRY TEXT**

Defendant's agreed motion to enlarge conditions of bond [61] is granted without objection.  Defendant Ernest Preston's Conditions of Release are hereby modified to allow the Defendant to travel to Gary, Indiana to work on rehabbing houses.  All other Conditions previously set are to stand.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|